**FILED**

06/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0421

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0421

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

HOANG VINH PHAM,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 4, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
June 26 2020